**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

IN RE: APPLICATION OF VICTOR DRAKE          25-MC-225 (RA) (VF)
HANNA FOR AN ORDER TO TAKE
DISCOVERY FOR USE IN FOREIGN              **ORDER**
PROCEEDINGS UNDER 28 U.S.C. § 1782.


----------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Applicant's amended *ex parte* application seeking an order pursuant to 28 U.S.C. § 1782

references the "Declaration of Paul A. Rigali." ECF No. 5. However, no such declaration has

been filed. If Applicant intended to submit this declaration with his amended application, he is

directed to file it on the docket by **Friday, April 10, 2026 at 5 p.m.**

DATED:    New York, New York
           April 6, 2026

 

                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge